UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00194-DAD |
|---|---|
| Plaintiff, | |
| v. | ORDER OF RELEASE |
| MARISSA VICTORIA CHAVEZ, | |
| Defendant. | |

The above named defendant having been sentenced on August 23, 2017 to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH, a judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: **August 23, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

1